**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-2130219 |

4. **Debtor's address**

**Principal place of business**

**816 S. State Road 7**
**Wellington, FL 33414**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**Mailing address, if different from principal place of business**

**21200 NE 38th Ave.**
**Unit 1004**
**Aventura, FL 33180**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**                    Case number (*if known*) _____

_____ Name

**7.** | **Describe debtor's business** | A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list. | ■ No.
☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

Debtor   **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**          Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

Case number (*if known*) _____

Name

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2023**
　　　　　　　　　MM / DD / YYYY

X **/s/ Eduardo P. Jurado**　　　　　　　　　　　**Eduardo P. Jurado**
Signature of authorized representative of debtor　　　Printed name

Title　**President**

---

**18. Signature of attorney**

X **/s/ Thomas L. Abrams**　　　　　　Date **September 15, 2023**
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Thomas L. Abrams 764329**
Printed name

**Gamberg & Abrams**
Firm name

**1213 S.E. Third Avenue, Second Floor**
**Fort Lauderdale, FL 33316**
Number, Street, City, State & ZIP Code

Contact phone　**(954) 523-0900**　　Email address　**tabrams@tabramslaw.com**

**764329 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 15, 2023**    X */s/ Eduardo P. Jurado*
                                                   Signature of individual signing on behalf of debtor

                                             **Eduardo P. Jurado**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **James Barb Construction, Inc. 10701 Ranchitos Rd NE Albuquerque, NM 87122** | | **Contractor work** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$12,000.00** |
| **MCP-Wellington,LLC c/o PEBB Enterprises Attn Property Mgmt-Shoppes at Isla Verde 7900 Glades Road suite 600 Boca Raton, FL 33434** | | **Rental of Commerical Property** | **Contingent Unliquidated** | | | **$0.00** |
| **PNC Bank PO Box 71335 Philadelphia, PA 19176** | | **Credit card** | | | | **$7,701.32** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................   $    **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................   $    **1,332,082.93**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................   $    **1,332,082.93**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **575,785.58**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$    **1,570,642.15**

4.   **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b      $    **2,146,427.73**

**Fill in this information to identify the case:**

Debtor name    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$300.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **PNC Bank** | **Checking** | **7807** | **$35,504.93** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$35,804.93**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **Lease Deposit MCP- Wellington,LLC** | **$37,578.00** |
|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a**
          **RETROFITNESS WELLINGTON**                    Case number *(If known)*
          _____               _____
          Name

9.    **Total of Part 2.**                                                    | $37,578.00 |

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        5,139.00        -        5,139.00     = ....        $0.00
                            _____            _____              _____
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:          1,314.75        -        1,314.75     = ....        $0.00
                            _____            _____              _____
                            face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | $0.00 |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13.  **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Misc. snack bar items, drinks, merchandise ( tee shirts etc.)** | | $2,200.00 | | $2,200.00 |

23.    **Total of Part 5.**                                                    | $2,200.00 |

      Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

| Debtor | **JIREH FITNESS SOLUTIONS CORP. d/b/a** | Case number *(If known)* |
| | **RETROFITNESS WELLINGTON** | |
| | Name | |

☐ No
■ Yes. Book value      900.00    Valuation method       Current Value    900.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See attached | **$19,000.00** | N/A | **$5,000.00** |
| 40. **Office fixtures** see above office furniture Exhibit | **$0.00** | | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 5 computers, 4 I Pads | **$7,000.00** | N/A | **$1,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   **$6,500.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a**
          **RETROFITNESS WELLINGTON**                    Case number *(If known)* _____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Gym Equipment and Machinery, including<br>tanning and muscle relaxer equipment, 2<br>massage chairs** | $625,000.00 | Expert | $550,000.00 |

51. **Total of Part 8.**                                                              | $550,000.00 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Class A Fitness Gym,<br>12,025 square feet,<br>816 S State Road 7,<br>Weelington ,Florida<br>33414 ( Shops at Isla<br>Verde )** | Lease | Unknown | | $0.00 |
| 55.2.  **816 S.  State Road 7<br>Wellington, Florida<br>33414<br>Class A 12,025<br>Fitness Gym** | Lease | Unknown | | $0.00 |

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

| Debtor | **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** <br> Business License | $0.00 | | $0.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** <br> **Goodwill developed within community over past 15 months of operations of accumulating over 2,200 members , reputabe and safe fitness gym with excellent staff and service** | Unknown | N/A | $700,000.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $700,000.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**          Case number *(If known)* _____
_____
Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**General Liability, Workers Compensation, Property, and Umbrella policies are held bythe debtor and current** | **$0.00** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a
RETROFITNESS WELLINGTON**

Case number *(If known)* _____

Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,804.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $37,578.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $550,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $700,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,332,082.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,332,082.93 |

**Equipment:**

| Category | Vendor | Description | Qty |
|---|---|---|---|
| Strength/Cardio | ABS Company | Tire Flip | 1 |
| Strength/Cardio | ABS Company | Ab Coaster | 1 |
| Strength/Cardio | ABS Company | Three Way Ab Bench | 1 |
| Strength/Cardio | ABS Company | Sledmill | 1 |
| Strength/Cardio | Iron Grip | Dumbbells | 45 pairs |
| Strength/Cardio | Matrix | Olympic Flat Bench | 2 |
| Strength/Cardio | Matrix | Olympic Incline Bench | 1 |
| Strength/Cardio | Matrix | Olympic Decline Bench | 1 |
| Strength/Cardio | Matrix | Olympic Powerlifting Station | 2 |
| Strength/Cardio | Matrix | Multi Station Power Rack | 1 |
| Strength/Cardio | Matrix | Reverse Hyper Machine | 1 |
| Strength/Cardio | Matrix | Hip Thrust Machine | 1 |
| Strength/Cardio | Matrix | Hack Squat Machine | 1 |
| Strength/Cardio | Matrix | Leg Press Machine | 1 |
| Strength/Cardio | Matrix | Perfect Squat Machine | 1 |
| Strength/Cardio | Matrix | Seated Row Machine | 1 |
| Strength/Cardio | Matrix | Lat Pulldown Machine | 1 |
| Strength/Cardio | Matrix | Chest Press Machine | 1 |
| Strength/Cardio | Matrix | Shoulder Press Machine | 1 |
| Strength/Cardio | Matrix | Single Station Cable Machine | 1 |
| Strength/Cardio | Matrix | Multi Station Cable Machine | 1 |
| Strength/Cardio | Matrix | Multi Station Dip Machine | 1 |
| Strength/Cardio | Matrix | Spin Bike | 12 |
| Strength/Cardio | Matrix | Treadmill | 17 |
| Strength/Cardio | Matrix | Stair Climber | 5 |
| Strength/Cardio | Matrix | Elliptical | 7 |
| Strength/Cardio | Matrix | Accent Climber | 5 |
| Strength/Cardio | Matrix | Stationary Bike | 4 |
| Strength/Cardio | Matrix | Chest Press Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Shoulder Press Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Lat Pulldown Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Chest Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Chest Fly Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Hip Adduction Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Hip Abduction Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Prone Leg Curl Selectorized Machine | 1 |

| | | | |
|---|---|---|---|
| Strength/Cardio | Matrix | Leg Extension Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Leg Press Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Ab Torso Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Bicep Selectorized Machine | 1 |
| Strength/Cardio | Matrix | Tricep Selectorized Machine | 1 |
| | | | |
| Strength/Cardio | Titan Fitness | Trap Bar | 1 |
| Strength/Cardio | Titan Fitness | Specialty Bar | 3 |
| Strength/Cardio | Titan Fitness | Mace Clubs | 5 |
| Strength/Cardio | Titan Fitness | Sled | 2 |
| | | | |
| Strength/Cardio | Perform Better | Concept 2 Rower | 2 |
| Strength/Cardio | Perform Better | Assault Bike | 2 |
| | | | |
| Zen Den | Human Touch | Massage Chairs | 2 |
| Zen Den | JK Products | Red Light | 1 |
| Zen Den | JK Products | Tanning Machine | 1 |
| InBody | InBody | InBody 270 | 1 |
| Smoothie | Royale Blends | Smoothie Equipment | 1 |
| | | | |
| Group Ex | Perform Better | Yoga Mats | 16 |
| Group Ex | | Yoga Blocks | 12 |
| Group Ex | | Dumbbells | 30 pairs |
| Group Ex | | Mini Bands | 50 |
| Group Ex | | Stability Balls | 16 |
| Group Ex | | Steps | 12 |
| Group Ex | | Trampoline | 10 |
| Group Ex | | Bosu | 10 |

**Furniure:**

| Vendor | Item Description | Qty |
|--------|------------------|-----|
| JC White | Armless Stack Chair | 3 |
| JC White | Armless Barstool Chairs | 10 |
| JC White | Round End Table | 4 |
| JC White | Three Seat Bench | 2 |
| JC White | High-top Table | 1 |
| JC White | Monopod Table | 1 |
| JC White | Pip Table | 2 |
| JC White | Midback Lounge Chair | 2 |

Fill in this information to identify the case:

Debtor name     **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

United States Bankruptcy Court for the:     **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Gulf Coast Bank and Trust Company**<br>Creditor's Name<br><br>**5949 Sherry Lane, Suite 785**<br>**Dallas, TX 75225**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All Assets** | $575,785.58 | $900,000.00 |
| Creditor's email address, if known | **Describe the lien**<br>**UCC-1/Loan Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**January 31, 2022**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $575,785.58

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | Line  **2.1** | |
| **U.S. Small Business Administration**<br>**721 19th  Street 19th Street**<br>**Denver, CO 80202** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |

**3.1** | Nonpriority creditor's name and mailing address

**Eduardo P. Jurado**
**21200 NE 38th Ave.**
**Unit 1004**
**Aventura, FL 33180**

Date(s) debt was incurred **various dates**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,450,940.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loans to company**

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address

**FLORIDA DEPARTMENT OF REVENUE**
**Bankruptcy Section**
**PO Box 8045**
**Tallahassee, FL 32314**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.3** | Nonpriority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address

**James Barb Construction, Inc.**
**10701 Ranchitos Rd NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$12,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contractor work**

Is the claim subject to offset? ☐ No  ■ Yes

| Debtor | JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON | Case number (if known) |
|---|---|---|
| | Name | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | MCP- Wellington,LLC<br>c/o PEBB Enterprises<br>Attn Property Mgmt-Shoppes at Isla Verde<br>7900 Glades Road suite 600<br>Boca Raton, FL 33434 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  February 1, 2022 | Basis for the claim:  Rental of Commerical Property | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|
| | Patrick R. Jurado<br>397 Hendrix St<br>Philadelphia, PA 19116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Loan to Debtor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,701.32 |
|---|---|---|---|
| | PNC Bank<br>PO Box 71335<br>Philadelphia, PA 19176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Credit card | |
| | Last 4 digits of account number  0826 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Retrofitness, LLC<br>1601 Belvedere Rd. E 500<br>West Palm Beach, FL 33406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | MCP-Wellington, LLC<br>c/o MetLife Investment Management, LLC<br>Attn: Regional Director<br>3500 Lenox Road, NE Suite 200<br>Atlanta, GA 30326 | Line  3.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | PNC Bank<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | Line  3.7<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | RETROFITNESS, LLC<br>182 Route 537<br>Colts Neck, NJ 07722 | Line  3.8<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **JIREH FITNESS SOLUTIONS CORP. d/b/a** | Case number (if known) | |
| | **RETROFITNESS WELLINGTON** | | |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.4 **Roth & Scholl**<br>**Attorney at Law**<br>**c/o Chelsea Roth Sirkman, Esq.**<br>**866 South Dixie Highway**<br>**Coral Gables, FL 33145** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **State of Florida-Department of Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $          **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $     **1,570,642.15** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     **1,570,642.15** |

**Fill in this information to identify the case:**

Debtor name    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **6 month public relations and marketing** | |
| State the term remaining **2 months** | **Khanna Konnections** |
| List the contract number of any government contract | **3361 Fairlane Farms Rd Wellington, FL** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Lease of 12,025 ft commercial property utilized as a class A Fitness center and gym** | |
| State the term remaining **104 Months** | **MCP- Wellington, LLC C/O PEBB Enterprises** |
| List the contract number of any government contract | **7900 Glades Rd. Boca Raton, FL** |

**Fill in this information to identify the case:**

Debtor name __JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Eduardo P. Jurado** | **21200 NE 38th Ave. Unit 1004 Aventura, FL 33180 SBA Loan** | **Gulf Coast Bank and Trust Company** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Eduardo P. Jurado** | **21200 NE 38th Ave. Unit 1004 Aventura, FL 33180** | **MCP- Wellington,LLC** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.3 **Eduardo P. Jurado** | **21200 NE 38th Ave. Unit 1004 Aventura, FL 33180** | **Retrofitness, LLC** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.4 **Patrick R. Jurado** | **397 Hendix St. Philadelphia, PA 19116 SBA Loan** | **Gulf Coast Bank and Trust Company** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$551,892.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$272,448.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **MCP- Wellington,LLC**<br>**C/O PEBB Enterprises**<br>**7900 Glades Rd.**<br>**Boca Raton, FL 33434** | **july,august,september** | **$85,529.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **LEASE PAYMENTS** |

| Debtor | JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON | Case number *(if known)* | |
|--------|------------------------------------------------------------|--------------------------|--|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|------------------------------------------------------|-------|-----------------------|---------------------------------|
| 4.1. | **Ed Jurado**<br><br>**President/Owner** | | **$40,262.73** | **Salary** |
| 4.2. | **RetroFitness** | **11/08/22** | **$10,000.00** | **loan repayment** |
| 4.3. | **Retrofitness** | **12/28/22** | **$8,000.00** | **loan repayment** |
| 4.4. | **RetroFitness** | **01/31/23** | **$5,000.00** | **loan repayment** |
| 4.5. | **RetroFitness** | **2/23/23** | **$5,000.00** | **loan repayment** |
| 4.6. | **RetroFitness** | **7/03/23** | **$2,500.00** | **loan repayment** |
| 4.7. | **RetroFitness** | **8/02/23** | **$2,500.00** | **loan repayment** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|-----------------------------|--------------------------|------|-------------------|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|-----------------------------------------|-----------------------|--------|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---------------------------|----------------|------------------------------------|----------------|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS**
**WELLINGTON**        Case number *(if known)* _____

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Kids Cancer Foundation** | | | **$500.00** |
| **Recipients relationship to debtor** | | | |
| 9.2. **Lights for Hope** | | | **$150.00** |
| **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Received $3,500 retainer on February 23, 2023. Paid -$2,200 on March 31, 2023 for landlord workout efforts and consultation regarding insolvency options** | |
| | | | **$20,000 bankruptcy retainer received 5,000 on September 11, 2023 and 13,700 on September 14, 2023, maintained 1,300 retainer from initial retainer totaling $20,000** | |
| | **Gamberg & Abrams 1213 SE 3rd Avenue Fort Lauderdale, FL** | | **Paid 16,728 for pre-petition work and filing fee cost** | **$22,200.00** |

Email or website address
**TABRAMS@TABRAMSLAW.COM**

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor  **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**                          Case number *(if known)* _____

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **name, address, date of birth and credit card or ACH bank innformation for payment of membership fees**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**    Case number *(if known)* _____

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
    |---|---|---|---|
    | | | | |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|
    | | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **RETROFITNESS**<br>**1601 Belvedere Rd. E  500**<br>**West Palm Beach, FL 33406** | **November  2022 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **RETROFITNESS** | **SEE 26a above** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**          Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ed Jurado | 21200 NE 38th Ave. Unit1004 Aventura, FL 33180 | CEO/President/ Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Eduardo P. Jurado 21200 NE 38th Ave. Unit 1004 Aventura, FL 33180 | $40,262.73 Salary to date | to date | Salary 52,000 per year Loan repayment Expenses |
| | Relationship to debtor President/CEO/Owner | | | |
| 30.2. | Eduardo P. Jurado 21200 NE 38th Ave. Unit 1004 Aventura, FL 33180 | $33,000.00 | See 4 above | Loan repayment |
| | Relationship to debtor President/CEO/Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON**          Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 15, 2023**

**/s/ Eduardo P. Jurado**                                **Eduardo P. Jurado**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  <u>JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON</u>   Case No.  <u> </u>
Debtor(s)

Chapter  <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ed Jurado**<br>**13788 Dunston Court**<br>**Wellington, FL 33414** | | | **100 PERCENT OWNERS** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  <u>**September 15, 2023**</u>      Signature  <u>**/s/ Eduardo P. Jurado**</u>
                                                      **Eduardo P. Jurado**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Southern District of Florida

In re   JIREH FITNESS SOLUTIONS CORP. d/b/a RETROFITNESS WELLINGTON     Case No.  _____

Debtor(s)                                          Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   September 15, 2023                    /s/ Eduardo P. Jurado

                                              Eduardo P. Jurado/President
                                              Signer/Title

Eduardo P.  Jurado
21200 NE 38th Ave.
Unit 1004
Aventura, FL 33180


Eduardo P. Jurado
21200 NE 38th Ave.
Unit 1004
Aventura, FL 33180


FLORIDA DEPARTMENT OF REVENUE
Bankruptcy Section
PO Box 8045
Tallahassee, FL 32314


Gulf Coast Bank and Trust Company
5949 Sherry Lane, Suite 785
Dallas, TX 75225


INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101-7346


James Barb Construction, Inc.
10701 Ranchitos Rd NE
Albuquerque, NM 87122


Khanna Konnections
3361 Fairlane Farms Rd
Wellington, FL


MCP- Wellington, LLC
C/O PEBB Enterprises
7900 Glades Rd.
Boca Raton, FL


MCP- Wellington,LLC
c/o PEBB Enterprises
Attn Property Mgmt-Shoppes at Isla Verde
7900 Glades Road suite 600
Boca Raton, FL 33434

MCP-Wellington, LLC
c/o MetLife Investment Management, LLC
Attn: Regional Director
3500 Lenox Road, NE Suite 200
Atlanta, GA 30326

Patrick R. Jurado
397 Hendrix St
Philadelphia, PA 19116

Patrick R. Jurado
397 Hendix St.
Philadelphia, PA 19116

PNC Bank
PO Box 71335
Philadelphia, PA 19176

PNC Bank
P.O. Box 3429
Pittsburgh, PA 15230-3429

Retrofitness, LLC
1601 Belvedere Rd. E 500
West Palm Beach, FL 33406

RETROFITNESS, LLC
182 Route 537
Colts Neck, NJ 07722

Roth & Scholl
Attornesy at Law
c/o Chelsea Roth Sirkman, Esq.
866 South Dixie Highway
Coral Gables, FL 33145

State of Florida-Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

```
U.S. Small Business Administration
721 19th  Street 19th Street
Denver, CO 80202
```